

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00516-CV

Kyle **KELLAR**,
Appellant

v.

**AGGREGATE HAULERS I, L.P.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08738
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  January 22, 2014

DISMISSED

On October 2, 2013, appellant's motion to abate this appeal was granted for purposes of pursuing a settlement. On January 10, 2014, appellant filed a motion to dismiss this appeal, stating that the parties have settled. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we reinstate the appeal on the docket of this court, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM